IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chaffin, Roger J | Case Number: 08 B 20868 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 8/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: September 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Enesco Corp | Secured | 0.00 | 0.00 |
| 2. | AMACOM | Unsecured | 223.20 | 0.00 |
| 3. | Forum Novelities | Unsecured | 339.15 | 0.00 |
| 4. | Macys Retail Holdings Inc | Unsecured | 2,260.71 | 0.00 |
| 5. | Action Card | Unsecured | | No Claim Filed |
| 6. | Exxon Mobil | Unsecured | | No Claim Filed |
| 7. | Home Depot | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | First Premier | Unsecured | | No Claim Filed |
| 10. | Merrick Bank | Unsecured | | No Claim Filed |
| 11. | Applied Card Bank | Unsecured | | No Claim Filed |
| 12. | Bank Of America | Unsecured | | No Claim Filed |
| 13. | BP Amoco | Unsecured | | No Claim Filed |
| 14. | Target National Bank | Unsecured | | No Claim Filed |
| 15. | Citi Premier Card | Unsecured | | No Claim Filed |
| 16. | Orchard Bank | Unsecured | | No Claim Filed |
| 17. | Home Depot | Unsecured | | No Claim Filed |
| 18. | GE Money Bank | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Retail Services | Unsecured | | No Claim Filed |
| 21. | Shell | Unsecured | | No Claim Filed |
| 22. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 23. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 24. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 25. | Capital One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Chaffin, Roger J | | Case Number: 08 B 20868 |
| --- | --- | --- | --- |
| | | | Judge: Hollis, Pamela S |
| | Printed: 9/30/08 | | Filed: 8/9/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | HSBC | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 29. | Home Depot | Unsecured | | No Claim Filed |
| 30. | GE Money Bank | Unsecured | | No Claim Filed |
| 31. | Citi Premier Card | Unsecured | | No Claim Filed |
| 32. | Midwest Seasons | Unsecured | | No Claim Filed |
| 33. | Howard Packaging | Unsecured | | No Claim Filed |
| 34. | Gund | Unsecured | | No Claim Filed |
| 35. | Dark Alley Media | Unsecured | | No Claim Filed |
| 36. | BP Oil Co | Unsecured | | No Claim Filed |
| 37. | Channel One Releasing | Unsecured | | No Claim Filed |
| 38. | Artisan Flair | Unsecured | | No Claim Filed |
| 39. | Westland Giftware | Unsecured | | No Claim Filed |
| 40. | Paperweight | Unsecured | | No Claim Filed |
| 41. | Party Star America | Unsecured | | No Claim Filed |
| 42. | Office Depot | Unsecured | | No Claim Filed |
| 43. | CitiBusiness | Unsecured | | No Claim Filed |
| 44. | Fitz & Floyd | Unsecured | | No Claim Filed |
| 45. | Department 56 | Unsecured | | No Claim Filed |
| 46. | Action Card | Unsecured | | No Claim Filed |
| 47. | Forum Novelities | Unsecured | | No Claim Filed |
| 48. | Colenam, Epstein Berlin And Co | Unsecured | | No Claim Filed |
| 49. | Kern International | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,823.06 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*